FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA LINNE S., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:21-CV-00345-SAB <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 121. Plaintiff is represented by Dana C. Madsen and Defendant is represented by Justin Martin and Brian Donovan. The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, ECF No. 12, is **GRANTED**.

2. The decision denying benefits is **REVERSED** and **REMANDED** for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate Plaintiff's residual functional capacity; further evaluate alleged symptoms; and obtain testimony from a vocational expert to assist in determining whether there are jobs that exist in significant numbers in the national economy Plaintiff can perform despite her

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

impairments, resolving any inconsistencies between the expert's testimony and the Dictionary of Occupational Titles.

3. This remand is made pursuant to sentence four of 42 U.S.C. § 405(g) and Plaintiff is entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

4. Plaintiff's Motion for Summary Judgment, ECF No. 11, is **DISMISSED as moot**.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter judgment, and **close** this file.

**DATED** this 20th day of July 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2